# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **MICHAEL VAUGHN** | : | **DOCKET NO. 22-cv-3356** |
| **VERSUS** | : | **JUDGE DONALD E. WALTER** |
| **FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN** | : | **MAGISTRATE JUDGE KAY** |

## REPORT AND RECOMMENDATION

Before the court is a Voluntary Motion to Dismiss Without Prejudice With Consent filed by plaintiff, Michael Vaugh, appearing in proper person, and defendant Foremost Insurance Company Grand Rapids, Michigan. Doc. 20. The motion has been referred to the undersigned for review, report, and recommendation in accordance with the provisions of 28 U.S.C. § 636.

This suit was filed on plaintiff's behalf by the firm McClenny Moseley & Associates, PLLC ("MMA"). Doc. 1. Since inception of this litigation, all counsel affiliated with MMA and involved in cases filed in the Western District of Louisiana have been suspended from practice here. In the motion currently before the court, it is alleged that plaintiff, appearing in proper person, consents to dismissal without prejudice, he no longer desiring to pursue this cause of action.

We are recommending to the district court that the motion be granted but are doing it by Report and Recommendation, instructing the clerk of court to mail and email this document to plaintiff at the physical address and email address listed on the motion. We do note that the physical address for plaintiff does match the address stated in the complaint. We recommend

- 1 -

proceeding in this fashion so that plaintiff would have the benefit of the additional 14 day period given to object to a Report and Recommendation should, for any reason, he determines he would prefer to proceed in a different manner. Accordingly,

**IT IS RECOMMENDED** that the Voluntary Motion to Dismiss Without Prejudice [Doc. 20] be **GRANTED,** and that this matter and all of plaintiff's claims against Foremost Insurance Company Grand Rapids, Michigan, be **DISMISSED WITHOUT PREJUDICE.**

Under the provisions of 28 U.S.C. §636 and Rule 72 of the Federal Rules of Civil Procedure, parties have fourteen (14) days from receipt of this Report and Recommendation to file written objections with the Clerk of Court. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of receipt shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error. *See Douglas v. United Services Automobile Ass'n,* 79 F.3d 1415, 1429-30 (5th Cir.1996).

THUS DONE AND SIGNED in Chambers this 21st day of July, 2023.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE